IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THERESA J. SPECK, | CV 21-36-BLG-KLD |
| Plaintiff, | |
| vs. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Ninth Circuit Court of Appeals has issued its formal mandate in this case pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Accordingly,

**IT IS ORDERED** that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's June 23, 2023 memorandum decision.

DATED this 16th day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge